58549. NESBITT v. THE STATE.

DEEN, Chief Judge.
Counsel for the appellant in this burglary conviction has moved to withdraw from the case on the ground that the appeal is wholly frivolous. Counsel has complied with the requirements of Anders v. California, 386 U. S. 738 (87 SC 1396, 18 LE2d 493) (1966). This court has examined the record and determined that there is no basis for appeal. Accordingly, the request is granted and the appeal is dismissed.
*Appeal dismissed. Shulman and Carley, JJ., concur.*

SUBMITTED SEPTEMBER 6, 1979 — DECIDED OCTOBER 1, 1979.

*Vicki C. Affleck,* for appellant.
*Harry N. Gordon, District Attorney,* for appellee.